UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE GERALDES,<br><br>       Plaintiff,<br><br>   -against-<br><br>SPANISH DANCE ARTS COMPANY, INC., et al.,<br><br>       Defendants. | 23-CV-03925 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-arun-subramanian. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

  In the letter due on August 18, 2023, the parties are ORDERED to address the basis for this Court's jurisdiction, and specifically whether Plaintiff was a citizen, and not simply a resident, of Massachusetts at the time that the complaint was filed. *See* ECF No. 17.

  SO ORDERED.

Dated: August 15, 2023
     New York, New York

                       _____
                        ARUN SUBRAMANIAN
                        United States District Judge