UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE GERALDES,

                Plaintiff,

-against-

SPANISH DANCE ARTS COMPANY, INC., et al.,

                Defendants.

23-CV-03925 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The parties are hereby ORDERED to make their Rule 26(a)(1) disclosures by Friday, September 22, 2023.

In addition, by September 18, 2023, the parties are ORDERED to meet and confer and submit an email, copying both sides, to the Court at SubramanianNYSDChambers@nysd.uscourts.gov, providing the Court with relevant case law on the standing issue addressed at the initial pretrial conference.

SO ORDERED.

Dated: September 13, 2023
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge