UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE GERALDES<br><br>                    Plaintiff,<br><br>        -against-<br><br>SPANISH DANCE ARTS COMPANY, INC., ET AL.,<br><br>                    Defendants. | 23-CV-3925 (AS)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      By Order of Reference dated January 16, 2024 (ECF 32), Judge Arun Subramanian referred this case to Magistrate Judge James L. Cott for settlement. On January 18, 2024, that referral was reassigned to me. I have therefore scheduled a settlement conference in this matter for **Thursday, February 15, 2024, at 2:00 p.m.** The conference will be held in Courtroom 9B, at 500 Pearl Street, New York, NY, 10007. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

      Corporate parties must send the person with decision-making authority to settle the matter to the conference. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Thursday, February 8, 2024, at 5:00 p.m**.

DATED: January 19, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge