UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE GERALDES,<br><br>                         Plaintiff,<br><br>-against-<br><br>SPANISH DANCE ARTS COMPANY, INC., et al.,<br><br>                         Defendants. | 23-CV-03925 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Defendant's unopposed motion to dismiss is granted. Dkt. 28. In its previous opinion, the Court explained that if plaintiff chooses to amend her complaint to cure the standing deficiencies, "she should provide *specific factual allegations* regarding how defendant violated the WTPA and what harm resulted to her because of that statutory violation." Dkt. 25 at 2 (emphasis added). Plaintiff has failed to add specific factual allegations, instead adding the conclusory allegations (1) that she was "harmed by not receiving notice, over the course of several years, that the minimum wage and salary thresholds of the New York Labor Law were not met" and (2) that "[b]y not providing adequate and accurate notice of Plaintiff's hours and wages, Defendants' conduct directly led to concrete harm, *to wit*, the underpayment of wages, to Plaintiff." Dkt. 27 ¶¶ 105, 109. **By February 21, 2024**, Plaintiff may file an amended complaint to add specific factual allegations as to how the wage notices and wage statements she received were inadequate and how those inadequacies resulted in "downstream consequences." *TransUnion LLC v. Ramirez*, 594 U.S. 413, 442 (2021) (internal quotation marks and citation omitted).

      The Clerk of Court is directed to terminate Dkt. 28.

      SO ORDERED.

Dated: February 14, 2024
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                   United States District Judge